UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   5:25-cv-02743-MWC-MAR                                             Date: October 31, 2025

Title:     Fernando Gastelum v. CHO-Park LLC

Present: The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) Order to Show Cause re: Supplemental Jurisdiction**

The Complaint asserts claims for damages and injunctive relief arising out of alleged violations of the Americans with Disabilities Act and California's Unruh Civil Rights Act ("Unruh Act"). *See* Dkt. # 1. The Court **ORDERS** Plaintiff to show cause in writing no later than **November 21, 2025**, why it should not decline to exercise supplemental jurisdiction over the Unruh Act claim. *See* 28 U.S.C. §§ 1367(c)(4); *Arroyo v. Rosas*, 19 F.4th 1202 (9th Cir. 2021).

Plaintiff and Plaintiff's counsel must support their responses to the Order to Show Cause with declarations, signed under penalty of perjury, providing all facts necessary for the Court to determine if they satisfy the definition of a "high-frequency litigant" as provided by California Civil Procedure Code §§ 425.55(b)(1) & (2).

Failure to respond as ordered will result in the Court declining to exercise supplemental jurisdiction over the Unruh Act claim and dismissing that claim without prejudice pursuant to 28 U.S.C. § 1367(c).

**IT IS SO ORDERED.**

:
**Initials of Preparer**