P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (415) 450-0100

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>CHO-PARK LLC,<br><br>Defendant. | Case No: 5:25-cv-2743-MWC<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties jointly move for a dismissal of the above case with prejudice; with each party to bear their own attorney fees, costs and expenses.

RESPECTFULLY SUBMITTED this 20th day of April, 2026.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik
Attorneys for Plaintiff


/s/ Philip Stillman
Philip Stillman
Attorneys for Defendant